IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHALA L. STRICKER, | | |
| Plaintiff, | | **7:18CV5006** |
| vs. | | **ORDER** |
| JEAN L. TOWNSEND, | | |
| Defendant. | | |

This matter is before the Court on Plaintiff's Motion for Protective Order and Showing of Good Cause (Filing No. 16). Plaintiff moves to quash her deposition noticed by Defendant for September 21, 2018, in North Platte, Nebraska, due to Plaintiff's financial condition and cost and expense to travel to North Platte. Following the Court's discussion with counsel for the parties during the telephone conference held on September 17, 2018,

**IT IS ORDERED:**

1. Plaintiff's Motion for Protective Order and Showing of Good Cause (Filing No. 16) is granted, in part;

2. Plaintiff's deposition shall not take place on September 21, 2018, in North Platte, Nebraska; and

3. The parties are to meet and confer to reschedule the deposition of Plaintiff in Omaha, Nebraska, on a mutually convenient date and time.

Dated this 17th day of September, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge