# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHALA L. STRICKER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JEAN L. TOWNSEND,<br><br>　　　　　　Defendant. | 7:18CV5006<br><br>ORDER |

This matter is before the Court on Plaintiff's Motion to Continue and for Status Conference ([Filing No. 29](#)). The Court held a telephone conference with counsel for the parties on April 5, 2019, regarding Plaintiff's Motion and Defendant's Request to Compel Mediation ([Filing No. 31](#)). As discussed during the telephone conference, the parties will proceed to schedule the physician discovery and trial depositions in Georgia. The trial will be continued. The request for a mediation reference order will be denied, without prejudice. The parties may discuss scheduling a Court-supervised settlement conference after they exchange further settlement offers. In accordance with the other matters discussed during the telephone conference,

**IT IS ORDERED** that Plaintiff's Motion to Continue and for Status Conference ([Filing No. 29](#)) is granted.

**IT IS FURTHER ORDERED** that the following case progression deadlines shall apply:

1) The jury trial of this case is set to commence before John M. Gerrard, Chief United States District Judge, in North Platte, Nebraska, at **9:00 a.m.** on **October 7, 2019**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of other civil cases that may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled before the undersigned magistrate judge on **September 20, 2019**, at **1:30 p.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov, in Word format, by **3:00 p.m.** on **September 13, 2019**.

3) The deposition deadline is **July 1, 2019**.

4) The deadline for filing motions to dismiss and motions for summary judgment is **May 31, 2019**.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **July 31, 2019**.

6) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 5th day of April, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge